CAUSE NO. 2013-CVT-001327-D1

Filed
9/11/2015 3:08:20 PM
Esther Degollado
District Clerk
Webb District
Michelle Garza
2013CVT001327D1

| | | |
|---|---|---|
| MARISOL QUIROZ AND | § | IN THE DISTRICT COURT |
| CHRISTOPHER ROBLES, | § | |
|     *PLAINTIFFS*, | § | |
| | § | |
| VS. | § | 49th JUDICIAL DISTRICT COURT |
| | § | |
| STEPHANIE REYNER FLORES, | § | |
|     *DEFENDANT*. | § | WEBB COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/11/2015 4:06:33 PM
KEITH E. HOTTLE
Clerk

## PLAINTIFFS' NOTICE OF APPEAL

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/11/2015 4:06:33 PM
KEITH E. HOTTLE
Clerk

Marisol Quiroz and Christopher Robles, Plaintiffs in the above-referenced cause, hereby give notice of their intent and desire to appeal the trial court's judgment, signed on July 2, 2015, a true and correct copy of which is attached as Exhibit A. This appeal is taken to the Fourth Court of Appeals in San Antonio, Bexar County, Texas.

Respectfully submitted,
**The Green Law Firm, P.C.**

*/s/ Jorge A. Green.*

JORGE A. GREEN
Texas State Bar No. 24038023
34 S. Coria St.
Brownsville, Texas 78520
(956) 542-7000 : Telephone
(956) 542-7026 : Facsimile

### Certificate of Service

I certify that a true and correct copy of Plaintiff's Notice of Appeal has been forwarded to the following counsel of record on the 11th day of September, 2015.

Mr. Graham Baker
Campbell, Miller & Associate
300 Convent, Suite 2350
San Antonio, Texas 78205
graham.baker@farmersinsurance.com

Cause No. 2013CVT001327-D1

| MARISOL QUIROZ & CHRISTOPHER ROBLES | § | IN THE DISTRICT COURT |
| VS. | § | WEBB COUNTY, TEXAS |
| STEPHANIE REYNER FLORES | § | 49TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

On June 22, 2015, the Court called this case for trial. Plaintiffs, Marisol Quiroz and Christopher Robles, appeared in person and through their attorney, Jorge A. Green, and announced ready for trial. Defendant, Stephanie Reyner Flores, appeared in person and through Graham Baker and announced ready for trial.

The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then empaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record and incorporates by reference, finding that, from a preponderance of the evidence, Defendant Stephanie Reyner Flores was not negligent. Accordingly, the Court renders Judgment for Defendant Stephanie Reyner Flores.

Therefore, the Court Orders that Plaintiffs, Marisol Quiroz and Christopher Robles, take nothing by their suit and that costs of court shall be taxed against the party incurring same.

The Court denies all relief not granted in this judgment.

Signed this 2nd day of ___July___, 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

GONZALES, MILLER & ASSOCIATES

BY: _____

GRAHAM BAKER
TBN: 24044728
P.O. Box 258829
Oklahoma City OK  73125-8829
Telephone: (210) 229-9879
Facsimile: (210) 229-9878
graham.baker@farmersinsurance.com

Attorney for Defendant

APPROVED AS TO FORM AND SUBSTANCE:

THE GREEN LAW FIRM, P.C.

BY: _/s/ Jorge A. Green._____

JORGE A. GREEN
TBN: 24038023
34 S. Coria Street
Brownsville, Texas 78520
(956) 753-5700 - Phone

Attorney for Plaintiffs